UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES ROSS, JR., <br><br> Petitioner, <br><br> v. <br><br> FDC SEATAC WARDEN, <br><br> Respondent. | CASE NO. 2:21-cv-00925-MJP-JRC <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court **adopts** the report and recommendation.

(2) Petitioner's federal habeas petition (Dkt. 1) is **dismissed without prejudice**.

(3) The Clerk is directed to **close** this case and **send** copies of this order to petitioner, counsel for respondent, and to the Hon. J. Richard Creatura.

**DATED** this 25th day of October, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1